# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAYSHAWN D. BAILEY,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 85030

FILED

AUG 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 27, 2022. Appellant did not file the notice of appeal, however, until July 12, 2022, well after the expiration of the 30-day appeal period described by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-24725

cc:  Hon. Michelle Leavitt, District Judge
     Jayshawn D. Bailey
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk